UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| ANDREAS SAVVA, <br><br> Plaintiff, <br><br> -against- <br><br> THE CITY OF NEW YORK, <br><br> Defendant. | 08 CV 03467 <br><br> **AFFIDAVIT OF SERVICE** |

STATE OF NEW JERSEY )
COUNTY OF ESSEX )

Robert Gammel, being duly sworn, deposes and says:

1. I am over 18 years of age and am employed by Patton Boggs LLP for Defendant City of New York and am not a party to this action.

2. On Wednesday, April 9, 2008, I served a true and correct copy of a Civil Cover Sheet, Notice of Removal, 3rd Amended Instructions for Filing an Electronic Case or Appeal, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing, Individual Practices of Magistrate Judge Theodore H. Katz, Individual Rules of the Honorable Alvin K. Hellerstein and Chambers Rules for September 11 Consolidated Cases, by Federal Express upon:

        **Michael A. London, Esq.**
        Douglas & London, P.C.
        111 John Street, 14th Floor
        New York, NY 10038

                                                        Robert Gammel

Sworn to before me this
14th day of April 2008

Notary Public
TANIA CORBACHO
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES FEB. 23, 2010

55496