UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| ANDREAS SAVVA,<br><br>                    Plaintiff,<br><br>         -against-<br><br>THE CITY OF NEW YORK,<br><br>                    Defendant. | 08 Civ. 3467<br><br>Hon. Alvin K. Hellerstein, U.S.D.J.<br><br>**STATEMENT OF RELATED CASE PURSUANT TO LOCAL RULE 1.6(a)** |

Pursuant to 1.6(a) of the of the Local Civil Rules of the Southern District of New York, Defendant THE CITY OF NEW YORK requests that this case be designated as a related case to the following civil case now pending before the Hon. Alvin K. Hellerstein in the Southern District of New York:

   1)   *In re World Trade Center Lower Manhattan Disaster Site Litigation,*
        21 MC 102 (AKH)

The cases are related because the above litigation comprises cases concerning injuries allegedly sustained relating to the rescue, recovery, debris removal, cleanup and/or construction at the World Trade Center site after the September 11, 2001 terrorist attacks. The above-captioned case concerns an injury allegedly sustained when Plaintiff returned to school in Lower Manhattan after the September 11, 2001 terrorist attacks.

Dated: Newark, New Jersey           PATTON BOGGS LLP
       April 9, 2008
                                            By: _____
                                               James E. Tyrrell, Jr. (JT-6837)
                                               One Riverfront Plaza, 6th floor
                                               Newark, NJ 07102
                                               (973) 868-5600
                                               JTyrrell@PattonBoggs.com

                                               *Attorneys for The City of New York*

TO: Michael A. London, Esq.
      Douglas & London, P.C.
      111 John Street, Suite 1400
      New York, NY 10038

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH)<br><br>08 CV 03467 |
| ANDREAS SAVVA,<br><br>       Plaintiff,<br><br>  -against-<br><br>THE CITY OF NEW YORK,<br><br>       Defendant. | **AFFIDAVIT OF SERVICE** |

STATE OF NEW JERSEY )
COUNTY OF ESSEX   )

  Robert Gammel, being duly sworn, deposes and says:

  1. I am over 18 years of age and am employed by Patton Boggs LLP for Defendant City of New York and am not a party to this action.

  2. On Monday, April 14, 2008, I served a true and correct copy of a **Statement of Related Case Pursuant to Local Rule 1.6(a),** dated April 9, 2008, by Federal Express upon:

    **Michael A. London, Esq.**
    Douglas & London, P.C.
    111 John Street, 14th Floor
    New York, NY 10038

                 _____
                  Robert P. Gammel

Sworn to before me this
14th day of April 2008

_Tania Corbacho_
Notary Public
TANIA CORBACHO
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES FEB. 23, 2010

55521